385 A.2d 966
**COMMONWEALTH of Pennsylvania, Appellee,**
v.
**Robert COLLINS, Appellant.**
Supreme Court of Pennsylvania.
Argued April 22, 1977.
Decided April 28, 1978.

David C. Harrison, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Chief, Appeals Div., Deborah Glass, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM:

Appeal dismissed as improvidently granted.